UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------X
UNITED STATES OF AMERICA,

    - against -

RAYMOND TAVAREZ,

    Defendant.

-------------------------------X

ORDER

02 Cr. 0599 (NRB)
02 Cr. 1282 (NRB)

**NAOMI REICE BUCHWALD**
**UNITED STATES DISTRICT JUDGE**

Raymond Tavarez, through counsel, filed a second application for compassionate release pursuant to 18 U.S.C. § 3582(c)(1)(A). The Court treats this renewed application as a motion for re-argument. While the renewed application to the Bureau of Prisons could be viewed as a changed circumstance, the fact is that the Court's decision of March 24, 2021 fully addressed the application on its merits despite the absence of exhaustion. Our analysis of the merits of the application for compassionate release remains unchanged as we have previously considered all the arguments in support and found them lacking. Indeed, with the increasing access to vaccinations, the application is even less compelling. Accordingly, the renewed application is **DENIED.**

    **SO ORDERED.**

Dated:    New York, New York
            May 11, 2021

                                            NAOMI REICE BUCHWALD
                                          UNITED STATES DISTRICT JUDGE